PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-cr-00194-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSEPH ROY VIGNEAULT and MICHAEL ROY ANGLIN, | DATE: January 10, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on January 10, 2024.

2. By this stipulation, defendants now move to continue the status conference until March 13, 2024, and to exclude time between January 10, 2024, and March 13, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and materials in electronic form, including audio recordings and photographs, bearing Bates Stamp Nos. 1 to 234. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional discovery is also forthcoming.

b) Counsel for defendants desire additional time consult with their clients, review the discovery, conduct independent investigation, and consider the government's plea offers.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2024 to March 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

/ / /

IT IS SO STIPULATED.

Dated: January 3, 2024              PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ KAREN A. ESCOBAR
                                    KAREN A. ESCOBAR
                                    Assistant United States Attorney

Dated: January 3, 2024              /s/ Erin M. Snider
                                    ERIN M. SNIDER
                                    Counsel for Defendant
                                    JOSEPH ROY VIGNEAULT

Dated: January 3, 2024              /s/ Darryl E Young
                                    DARRYL E. YOUNG
                                    Counsel for Defendant
                                    MICHAEL ROY ANGLIN

**ORDER**

IT IS SO ORDERED that the status conference is continued from January 10, 2024, to **March 13, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __**January 3, 2024**__              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE