| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>JOSEPH VIGNEAULT |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH VIGNEAULT,<br><br>Defendant. | Case No. 1:23-cr-00194-NODJ-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:   February 12, 2024<br>Time:   8:30 a.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Joseph Vigneault, that the Court may vacate the status conference currently scheduled for March 13, 2024, at 1:00 p.m. and set a change-of-plea hearing on February 12, 2024, at 8:30 a.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on March 13, 2024 at 1:00 p.m.

2. The parties have reached a resolution and anticipate filing a plea agreement shortly.

3. The parties therefore request that the Court vacate the March 13, 2024 status conference and set a change-of-plea hearing on February 12, 2024, at 8:30 a.m.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the parties agree that the time period of March 13, 2024, to February 12, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment, defense counsel's need to review the plea agreement with her client, and the court's consideration of the plea agreement.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 31, 2024              */s/ Karen Escobar*
                                    KAREN ESCOBAR
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 31, 2024              */s/ Erin Snider*
                                    ERIN SNIDER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JOSEPH VIGNEAULT

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for March 13, 2024, at 1:00 p.m. is vacated as to Mr. Vigneault **only**. A change-of-plea hearing is hereby set for **February 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 13, 2024, to February 12, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **January 31, 2024**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE