HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH VIGNEAULT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH VIGNEAULT,<br><br>Defendant. | Case No. 1:23-cr-00194-NODJ-BAM<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**<br><br>Date:   June 5, 2024<br>Time:  8:30 a.m. |

For the reasons set forth in Defendant Joseph Vigneault's motion to continue sentencing hearing, the sentencing hearing currently scheduled for May 20, 2024, at 9:00 a.m. is hereby continued to **June 5, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 13, 2024**             /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE