MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00194-CRB-BAM |
|---|---|
| Plaintiff, | STIPULATION |
| v. | |
| JOSEPH ROY VIGNEAULT, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A preliminary hearing for the alleged supervised release violations in this matter was previously set for June 20, 2025, before U.S. Magistrate Judge Erica P. Grosjean.

2. By this stipulation, the above-named defendant seeks to continue the matter to July 9, 2025, at 2 p.m. for a status conference at which he intends to waive a preliminary hearing. Pursuant to Fed. R. Crim. P. 32.1(b)(1)(A), a person may waive the preliminary hearing.

3. Counsel for the defendant wishes to confer with his client, who is in custody, review discovery that was provided to him on May 29, 2025, and determine whether the defendant ultimately wishes to contest or dispose of this matter by means of an admission.

4. The parties stipulate that there is good cause for a continuance, since it will not only effect a speedy resolution of this matter but conserve judicial resources.

STIPULATION                    1

IT IS SO STIPULATED.

Dated: June 12, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: June 12, 2025

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
JOSEPH ROY VIGNEAULT

## FINDINGS AND ORDER

The Court finds that there is good cause to vacate the preliminary hearing currently set for June 20, 2025, and orders the setting of a status conference on July 9, 2025, at 2 p.m. before the Duty Magistrate Judge in Fresno. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **June 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge